

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00673-CV

Veronica **ALVARADO**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07025
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss the appeal is GRANTED and this appeal is DISMISSED.

We order all costs to be borne by the party that incurred them.

SIGNED October 24, 2018.

_____
Marialyn Barnard, Justice